1

2

3

4

5

6

7

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CEDRIC GREENE,

11          Petitioner,                   No. CIV S-06-0270 DFL DAD P

12      vs.

13  CSP-LOS ANGELES COUNTY, et al.,

14          Respondents.                  <u>ORDER</u>

15  _____/

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17  corpus in which petitioner states no basis for habeas corpus relief.  On August 28, 2006, the

18  undersigned issued findings and recommendations which were served on petitioner and which

19  contained notice to petitioner that any objections to the findings and recommendations were to be

20  filed within fifteen days.

21          Petitioner has filed a timely response in which he states that he is in agreement

22  with the findings and recommendations.  Petitioner requests that this case be closed.  Petitioner's

23  request will be granted pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Rule

24  11 of the Rules Governing Habeas Corpus Cases Under § 2254.

25  /////

26  /////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  This court's August 28, 2006 findings and recommendations are vacated;

3         2.  Petitioner's September 7, 2006 request to close this case is granted; and

4         3.  The Clerk of the Court is directed to close this case.

5    DATED: September 13, 2006.

6

7                               *Dale A. Drozd*

8                           DALE A. DROZD
                            UNITED STATES MAGISTRATE JUDGE

9    DAD:13
     gree0270.159

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26